IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


JOHN ALFORD BAINES,                        )
                                           )
                   Petitioner,             )
                                           )        1:11CV218
          v.                               )        1:01CR394-1
                                           )
UNITED STATES OF AMERICA,                  )
                                           )
                   Respondent.             )


ORDER

On January 15, 2013, the United States Magistrate Judge's Recommendation

was filed and notice was served on the parties pursuant to 28 U.S.C. § 636.  No

objections to the Recommendation have been filed.  Therefore, the Court need not

make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #57] is

hereby adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion to Vacate, Set Aside or

Correct Sentence [Doc. #26] is GRANTED and the Judgment [Doc. #17] is VACATED.

The Clerk is directed to set this matter for resentencing.  Petitioner remains in custody

and the United States Attorney is directed to produce Petitioner for the resentencing

hearing.  The Probation Office is directed to prepare a Supplement to the Presentence

Investigation Report in advance of the hearing.  Counsel will be appointed to represent

Petitioner at the resentencing hearing.

This the 14th day of February, 2014.


/s/ N. Carlton Tilley, Jr.
Senior United States District Judge